**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SECRETARY OF LABOR, UNITED
STATES DEPARTMENT OF LABOR,

    Plaintiff,

v.                                                        Case No: 8:14-cv-2318-T-30EAJ

GULF SHORES MARINA, L.L.C.,
LAURA M. PRIOLI, STEPHEN C.
MAIN, GSM/RYS 401(K) PLAN and
KENNETH ALDEN MAIN, II,

    Defendants.
_____

ORDER

The Court has been advised via an Amended Joint Notice of Settlement and Request to Suspend Deadlines (Dkt. #27) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla, it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 16th day of July, 2015.

                                                                     _____
                                                                     JAMES S. MOODY, JR.
                                                                     UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2014\14-cv-2318 dismissal.docx